JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CRAIG BUCHANAN SPENCE, <br><br> Plaintiff, <br><br> v. <br><br> LEROY BACA, et al., <br><br> Defendants. | NO. CV 15-4108-CJC (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed with prejudice.

DATED: July 16, 2015

CORMAC J. CARNEY
United States District Judge